IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2391

FLORIDA-CARIBBEAN CRUISE
ASSOCIATION,

      Petitioner,

v.

BISCAYNE BAY PORT PILOTS,
INC.,

      Respondent.

_____/

Opinion filed November 9, 2016.

Petition for Writ of Prohibition.

Thomas F. Panza of Panza, Maurer, & Maynard, P.A., Fort Lauderdale, for Petitioner.

Donna E. Blanton of Radey Law Firm, Tallahassee, and Robert Peltz of The Peltz Law Firm, Miami, Pamela Jo Bondi, Attorney General and Marlene K. Stern, Assistant Attorney General, Tallahassee, for Pilotage Rate Review Committee, for Respondents.

PER CURIAM.

      DENIED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.